IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:95CR12
                              )
       v.                     )
                              )
LUIS ANTONIO PADILLA-PENA,    )          ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to extend response due date to defendant's petition for modification of fine (Filing No. 1485). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to extend response due date to defendant's petition for modification of fine is granted. Plaintiff's objection to defendant's petition for modification of fine (Filing No. 1486) is deemed timely filed.

2) Defendant shall have until April 4, 2011, to respond to plaintiff's objection.

DATED this 21st day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court