IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:95CR12 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ANTONIO PADILLA-PENA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's petition for modification of fine (Filing No. 1481), the objection of the government (Filing No. 1486), and the reply of the defendant to the government's objections (Filing No. 1489).

      It appears to the Court that the defendant's ability to pay a fine is limited and that it is appropriate that the fine imposed be modified to an amount which the Court is satisfied the defendant will be able to pay.  This amount is $12,000.  Accordingly,

      IT IS ORDERED that the judgment and committal order of this Court is modified to provide that the fine imposed upon defendant is $12,000.  He will receive credit for all amounts which he has presently paid.

      DATED this 21st day of June, 2011.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court